**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael John Modena,

    Plaintiff,

  v.

United States of America,
U.S. Attorney General A. Gonzales,
Federal Bureau of Prisons,
Warden R.L. Morrison,
B.O.P. Staff Officer Ms. Anderson,
B.O.P. Staff Officer Mr. Witte,
and Federal Prison Camp,

    Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 06-2865 ADM/JSM

_____

Michael John Modena, *pro se.*

_____

  This matter is before the undersigned United States District Court Judge on Plaintiff Michael John Modena's Response and Objection to Order of 10/23/2006 with Motion for Extension of Time [Docket No. 16]. As an initial matter, an objection is not an appropriate pleading. In addition, Plaintiff's objection that his Complaint has been moved to an "Article I tribunal" is without merit, as the undersigned is an Article III Judge. Plaintiff's Motion for Extension of Time is denied, and Plaintiff has until November 13, 2006 to file a proper amended complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

                BY THE COURT:


                 s/Ann D. Montgomery
                 ANN D. MONTGOMERY
                 U.S. DISTRICT JUDGE

Dated: November 2, 2006.