UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael John Modena,

        Plaintiff,

    v.

United States of America,
U.S. Attorney General A. Gonzales,
Federal Bureau of Prisons,
Warden R.L. Morrison,
B.O.P. Staff Officer Ms. Anderson,
B.O.P. Staff Officer Mr. Witte,
and Federal Prison Camp,

        Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 06-2865 ADM/JSM

---

Michael John Modena, *pro se.*

---

On November 2, 2006, Plaintiff filed Objections [Docket No. 17] to the Court's October 23, 2006 Order [Docket No. 14] that are virtually identical to the Objections [Docket No. 16] Plaintiff filed on October 27, 2006.  For the reasons stated in the Court's November 2, 2006 Order [Docket No. 18], Plaintiff's November 2, 2006 Objections Motion is denied.  Plaintiff is directed not to file any more "objections" to this Court's orders, as an objection is not a proper pleading.  If Plaintiff wishes to challenge a district court order, his recourse is to file an appeal to the United States Court of Appeals for the Eighth Circuit.

        BY THE COURT:

        s/Ann D. Montgomery
        ANN D. MONTGOMERY
        U.S. DISTRICT JUDGE

Dated:  November 3, 2006.